# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| DAVID RAPOPORT,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN MORRELL & CO., et al.,<br><br>      Defendants. | **No. 02-CV-4068-DEO**<br><br>**ORDER** |

Plaintiff filed his pro se complaint with this Court on August 1, 2002, generally alleging workplace discrimination. Doc. No. 1. Defendant John Morrell & Co. filed a motion to dismiss that the Court denied. Doc. Nos. 4, 13. Plaintiff was represented at the hearing on John Morrell's motion to dismiss by attorney Robert A. Finney, who entered his appearance on behalf of plaintiff on June 12, 2006. Doc. No. 9. In denying the motion at Doc. No. 4, the Court directed plaintiff to amend his complaint but did not provide a deadline for doing so. To remedy this, the Court issued an Order on January 16, 2007, instructing plaintiff to file an amended complaint by February 1, 2007. Doc. No. 14.

On April 17, 2007, defendant John Morrell filed a second motion to dismiss stating that plaintiff had failed to abide by the Court's Order of January 16, 2007, to file an amended

complaint. Doc. No. 15. The Court notes that defendant is correct that plaintiff had not and to this day has not filed an amended complaint, a response to the second motion to dismiss at Doc. No. 15, or any other response.

The Court held a hearing on these matters on June 21, 2007. Present at that hearing were Mr. Finney and counsel for John Morrell, Scott C. Folkers. The plaintiff was not present. Mr. Finney explained to the Court that nothing had been filed on plaintiff's behalf because he had been unable to reach plaintiff, after several attempts, and that plaintiff had made no attempt to contact him. At the conclusion of the hearing, the Court gave plaintiff thirty (30) days to contact his attorney and/or to respond to his attorney's attempts to contact him and to file some sort of a response. Thirty days have elapsed, and plaintiff has failed to file any response.

This case is almost five years old. Plaintiff, now represented by counsel, has been given ample opportunity to pursue his case before this Court. However, he has failed to respond to the Court's Orders on more than one occasion and has apparently ceased all contact with his attorney. The

2

Court is persuaded that this case should not remain on its docket without a plaintiff.

**IT IS THEREFORE HEREBY ORDERED** that defendant John Morrell's motion to dismiss, Doc. No. 15, is **granted**.

**IT IS SO ORDERED** this 26th day of July, 2007.

Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

3